# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09CV340-RJC-DSC

| | |
|---|---|
| COST MANAGEMENT PERFORMANCE GROUP, INC., ) ) ) Plaintiffs, ) v. ) ) SANDY SPRING BANK, ) CHARLOTTE, INC., ) ) Defendant. ) _____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for James T. Heidelbach]" (document #5) filed August 19, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 19, 2009

David S. Cayer
United States Magistrate Judge