# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cost Management Performance Group, Inc.,

      Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       3:09-cv-340

Sandy Spring Bank ,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2009 Order.

                                                  Signed: October 5, 2009

                                                  Frank G. Johns, Clerk
                                                  United States District Court